

# Fourth Court of Appeals
## San Antonio, Texas

June 13, 2014

No. 04-13-00646-CV

Robert Ray **PEREZ** and Rhonda Lee Arevalo,
Appellants

v.

Arturo Zepeda **ARREDONDO**, CUSA KBC, LLC d/b/a Kerrville Bus Company,
Appellees

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 10-07-15670-CV
Joaquin Villarreal III, Judge Presiding

## O R D E R

The Appellee's Second Motion for Extension of Time to file Brief is hereby GRANTED. Time is extended to June 25, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court